**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __**11**__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Savvyan Technologies, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | aka Digital Minds Technologies Inc.; aka DMinds Technologies |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  1  –  1  7  1  4  3  4  3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2770 Main Street, Suite 272** | |
| Number     Street | Number     Street |
| | P.O. Box |
| **Frisco**          **TX**   **75033** | |
| City          State   ZIP Code | City          State   ZIP Code |
| **Denton** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number     Street |
| | City          State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor  **Savvyan Technologies, LLC**                                          Case number (if known) _____

**7.  Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__5__ __4__ __1__ __5__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Savvyan Technologies, LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____  When _____  Case number _____<br>MM / DD / YYYY<br><br>District _____  When _____  Case number _____<br>MM / DD / YYYY<br><br>District _____  When _____  Case number _____<br>MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases.  If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes. Debtor _____  Relationship _____<br>District _____  When _____<br>MM / DD / YYYY<br>Case number, if known _____<br><br>Debtor _____  Relationship _____<br>District _____  When _____<br>MM / DD / YYYY<br>Case number, if known _____ |
| **11.** | **Why is the case filed in _this district_?** | _Check all that apply:_<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor **Savvyan Technologies, LLC** _____    Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                               State         ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

## ▄ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
☐ 50-99                  ☐ 5,001-10,000            ☐ 50,001-100,000
☐ 100-199               ☐ 10,001-25,000          ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000                      ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000             ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000           ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million          ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000                      ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000             ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000           ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million          ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  **Savvyan Technologies, LLC** _____    Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/27/2023**
                MM / DD / YYYY

X  **/s/ Kamalakannan Sivanandam** _____
Signature of authorized representative of debtor

**Kamalakannan Sivanandam** _____
Printed name

**Sr. Leader** _____
Title

**18.  Signature of attorney**

X  **/s/ Joyce W. Lindauer** _____    Date  **10/27/2023** _____
Signature of attorney for debtor                                MM / DD / YYYY

**Joyce W. Lindauer** _____
Printed name

**Joyce Lindauer** _____
Firm name

**Joyce W. Lindauer Attorney, PLLC** _____
Number      Street

**1412 Main Street, Suite 500** _____

**Dallas** _____    **TX** _____    **75202** _____
City                                          State        ZIP Code

**(972) 503-4033** _____    **joyce@joycelindauer.com** _____
Contact phone                                  Email address

**21555700** _____    **TX** _____
Bar number                                    State

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Savvyan Technologies, LLC**                                  CASE NO

                                                                                       CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   10/27/2023  _____         Signature   **/s/ Kamalakannan Sivanandam** _____

                                                                                ***Kamalakannan Sivanandam***

                                                                                ***Sr. Leader***


Date _____        Signature   _____

Acrotek IT Solutions Inc.
10130 Mallard Creed Rd.
Suite 235
Charlotte, NC 28262


Architected Solutions
11814 Gwynne Lane
Los Angeles, CA 90077


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


AUM Solutions LLC
1406 Adriane Avenue
Allen, TX 75013


BITS America LLC
7600 Great Dover Street
Gainesville, VA 20155


Cloud A1 Solutions LLC
7211 Paluxy Drive
Irving, TX 75039


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


Conflux Systems Inc.
11539 Park Woods Circle
Suite 302
Alpharetta, GA 30005


Digital Minds
c/o Jeffrey L. Mills
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave., Suite 500
Dallas, TX 75204

```
Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346


Jason Freeman
Freeman Law, PLLC
7011 Main Street
Frisco, TX 75034


Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Mukul Gupta
8527 NW 39th Court
Pembroke Pines, FL 33024



Ramasamy
c/o Jeffrey L. Mills
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave., Suite 500
Dallas, TX 75204


Savvyan Technologies Pvt Ltd.
P263 University Quarters
Palavakkam, Chennai 600041



Techpro Solutions Inc.
666 Plainsboro Road
Suite 1175
Plainsboro, NJ 08536


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001
```

```
Themesoft Inc.
c/o Jacob B. Kring
Husch Blackwell, LLP
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201

U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231
```